# Court of Appeals
# of the State of Georgia

ATLANTA,  October 17, 2022

*The Court of Appeals hereby passes the following order:*

**A23I0050. AUDREY SWANSON v. THE STATE.**

Audrey Swanson seeks interlocutory review of a trial court order denying pre-trial bond reduction.[1] We, however, lack jurisdiction.

Because this case remains pending below, the trial court's order denying Swanson's motion for bond reduction was interlocutory. See *Howard v. State*, 194 Ga. App. 857 (392 SE2d 562) (1990). To appeal the order, Swanson was required to comply with the interlocutory appeal procedure, including obtaining a certificate of immediate review from the trial court. See OCGA § 5-6-34 (b). Swanson did not obtain a certificate of immediate review from the trial court within ten days of entry of the order he wishes to appeal. Swanson's failure to do so deprives us of jurisdiction to consider this application, which is hereby DISMISSED. See *Mullinax v. State*, 271 Ga. 112 (1) (515 SE2d 839) (1999); *Howard*, 194 Ga. App. at 857.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  10/17/2022

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_____ , Clerk.

---

[1] Swanson filed a "Writ of Certiorari" to the Georgia Supreme Court, which docketed his filing as an application for interlocutory review and transferred the case to this Court. See Case No. S23I0062 (Sept. 1, 2022).